```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


GEORGE POOLE,                    )
                                 )
            Plaintiff,           )
                                 )
       v.                        )   No. 4:07CV1291(SNL)
                                 )
FOUR UNKNOWN OFFICERS, et al.,   )
                                 )
            Defendants.          )
```

### MEMORANDUM AND ORDER

This matter is before the Court upon the application of George Poole for leave to commence this action without payment of the required filing fee [Doc. #2]. See 28 U.S.C. § 1915(a). Having previously determined that Mr. Poole had abused the judicial process and his right to file actions in this Court, Mr. Poole is precluded from filing any new action or proceeding with this Court unless he first obtains leave of Court after complying with certain requirements. See In re George Poole, No. 4:06MC595(CEJ)(E.D. Mo.). Mr. Poole has not received such leave and his instant action fails to comply with the requirements specified in this Court's *en banc* order. Therefore, the instant action should be dismissed for failing to comply with the Court's prior order.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that Mr. Poole's motion to proceed in forma pauperis [Doc. #2] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint.

An appropriate order shall accompany this order and memorandum.

Dated this 24th day of September, 2007.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**